UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-24089-CIV-MARTINEZ-BECERRA

TASMA BRIGHTHAUPT, *et al.*,

    Plaintiffs,

v.

NOMI HEALTH, INC. and
SBP STAFFING AND RECRUITING LLC,

    Defendants.

_____/

## ORDER ON NOTICE OF SETTLEMENT

THIS CAUSE came before the Court on Defendant SBP Staffing and Recruiting, LLC ("SBP") Notice of Settlement, (ECF No. 35), which states that SBP has settled this case with all Plaintiffs. Accordingly, it is:

**ORDERED AND ADJUDGED** as follows:

1. Plaintiffs and SBP shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), which must be filed with the Clerk of the Court; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before January 12, 2024**.

2. This Order shall have no effect on the remaining parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 13 day of December, 2023.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record