UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case Number: 22-24089-CIV-MARTINEZ-BECERRA

TASMA BRIGHTHAUPT *et al.*,

    Plaintiffs,

v.

NOMI HEALTH, INC.,

    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of Parties' Settlement Agreement and Dismissal with Prejudice ("Motion"), (ECF No. 66). The parties filed a copy of the Settlement Agreement (the "Settlement Agreement") for the Court to review, (ECF No. 66-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the agreement represents a fair and reasonable resolution of a bona fide FLSA dispute. Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The parties' Motion, (ECF No. 66), is **GRANTED**.
2. The parties' Settlement Agreement is hereby **APPROVED**.
3. This action is **DISMISSED with prejudice**.
4. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2 day of February, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record